IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
_Charlotte_ DIVISION

FILED
IN COURT
CHARLOTTE, N. C.

JUN 6 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

United States of America )
)
)
vs. )
)
Anewa Tiari-El (1) )
Leandra Smith (2) )

ORDER

3:03cr219-Mu

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

**IT IS ORDERED** that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian the exhibits shall deliver said exhibits to the clerk forthwith.

This 6th day of June, 2005.

_____
Graham C. Mullen
Chief United States District Judge

cc: All counsel