IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | 3:003-219-01-MU |
| | ) | |
| ANEWA TIARI-EL | ) | |
| | ) | |

## ORDER

**UPON CONSIDERATION** of defendant's Motion to Amend Bond Conditions, the following changes are made to the Court's bond release order issued June 21, 2005 as amended August 8, 2005:

      1. Curfew with voice recognition is removed as a bond condition.

All other previously imposed conditions remain in effect,

The Clerk shall certify copies of this Order to on defense counsel, the U.S. Attorney, and the United States Pretrial Services Office.

This the 16th day of September, 2005.

GRAHAM C. MULLEN
CHIEF, U.S. DISTRICT COURT