UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-CR-219-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| ANEWA TIARI-EL, | ) | **O R D E R** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

THIS MATTER comes before the Court upon Defendant's undocketed Motion for Extension of Time to Serve Objections to Presentence Report. For good cause shown, the motion is GRANTED. Accordingly, the time for filing objections, corrections, and proposed variances to the presentence report is extended to thirty (30) days from the entry of this order.

IT IS SO ORDERED.

**Signed: January 20, 2006**

Graham C. Mullen
Chief United States District Judge