IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR219-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANEWA TIARI-EL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the defendant's Supplemental Memorandum in Support of the Motion for Judgment of Acquittal, filed May 16, 2007. The court hereby directs the government to file a response brief no later than May 29, 2007.

IT IS SO ORDERED.

Signed: May 21, 2007

Graham C. Mullen
United States District Judge