IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR219-1-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANEWA TIARI-EL, | ) | |
| _____ | ) | |

This matter is before the court on the government's request for an extension of time to file a response to the defendant's Supplemental Memorandum in Support of the Motion for Judgment of Acquittal.

IT IS THEREFORE ORDERED that the government shall have until June 8, 2007 to file its response.

Signed: May 30, 2007

Graham C. Mullen
United States District Judge