IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR219-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANEWA TIARI EL | ) | |
| LEANDRA SMITH | ) | |
| _____ | ) | |

      This matter is before the court upon its own motion. The parties are hereby directed to file their sentencing memorandums within thirty days of the date of entry of this order.

      IT IS SO ORDERED.

Signed: August 28, 2007

Graham C. Mullen
United States District Judge