IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR219

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ANEWA TIARI- EL ) | |
| ) | |

    This matter is before the court upon its own motion. Having denied defendant's Motion for a New Trial, the court is prepared to schedule this matter for sentencing. The defendant is directed to file a final sentencing memorandum by February 2, 2009. The government is thereafter directed to file a response no later than February 16. The court will disregard the prior filings and will consider the sentencing memorandum and response to be the final briefings regarding sentencing in this case. No further briefing will be permitted. The court will thereafter schedule the defendant for sentencing. Counsel may confer and contact the court informally regarding proposed sentencing dates.

    IT IS SO ORDERED.

Signed: January 12, 2009

Graham C. Mullen
United States District Judge