IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR219-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ANEWA TIARI-EL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the defendant's Motion for Recusal of Prosecutor. The court has reviewed the filings of both the defendant and the government. The defendant's motion lacks legal or factual support and will therefore be denied.

IT IS THEREFORE ORDERED that defendant's Motion for Recusal of Prosecutor is hereby DENIED.

Signed: June 22, 2009

Graham C. Mullen
United States District Judge