IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR219

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANEWA TIARI-EL | ) | |
| | ) | |

    This matter is before the court upon Defendant's Motion to Correct/Amend Judgment. The Defendant requests that the court amend the Judgment to clarify that the schedule of payments shall begin after the defendant's release from prison, as indicated in Section D on page five of the Judgment. The court finds that Section B, requiring payments to begin immediately, was checked in error. Accordingly,

    IT IS THEREFORE ORDERED that the Motion to Correct/ Amend Judgment is hereby granted and the Judgment shall be amended to remove the check in Section B on page five.

Signed: September 23, 2010

Graham C. Mullen
United States District Judge